AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tyler Chase Harper

### V.

Poway Unified School District

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**    04CV1103-JAH(POR)

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Tyler Chase Harper is dismissed as a Plaintiff. Plaintiff's motion for summary judgment is denied. Defendant's motion for summary judgment is granted in part and denied in part...........................................................................................................................................

| February 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON February 6, 2007 |