UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER CHASE HARPER and KELSIE K. HARPER, minors, by and through their parents RON and CHERYL HARPER,<br><br>Plaintiffs,<br><br>v.<br><br>POWAY UNIFIED SCHOOL DISTRICT, et al,<br><br>Defendants. | Civil No. 04cv1103-JAH(POR)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On February 15, 2007, the Court held a Case Management Conference. Kevin Theriot and Tim Chandler appeared on behalf of Plaintiffs, and Jack Sleeth appeared on behalf of Defendants. Counsel represented there are no other issues pending before the District Court and that all issues are presently before the Ninth Circuit Court of Appeals. Based thereon, this Court sets no further dates in this matter.

**IT IS SO ORDERED.**

DATED: February 15, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: District Judge
All parties